DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER SLAWSON,**
Appellant,

v.

**MEREDITH WEBB,**
Appellee.

No. 4D21-729

[February 24, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever-Agrama, Judge; L.T. Case No. 502014DR007237NB.

Christoper Slawson, Palm Beach Gardens, pro se.

James H. Webb, Jr. of Webb & Taylor, LLC, Peachtree City, Georgia, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***